In the US District Court
Northern District of Texas

Regina Lewis
        plaintiff

-v-

Alvin K. Hellerstein
Southern District of New York
        defendant

**ORIGINAL**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 28 2014
11:11 am
CLERK, U.S. DISTRICT COURT
By _____ Deputy

Complaint

4-14CV-387-O

I file this complaint for the discriminative and hostile practices of US District Judge Alvin K. Hellerstein.

1. On July 27, 2012 US Marshal Deputy Eric Weiss with the US Marshals Service for the Southern District of New York appeared at my home of 197 Lake Dr. and began kicking on my door and yelling my name at about 3:30 am. They then went to the back door and removed the sliding door from the track and entered. I was not allowed to dress properly, handcuffed, and taken to the US Marshals Service at ~~150 Park Row~~ 500 Pearl St. I was arraigned by US Magistrate Judge Gabriel Gorenstein.

2. I was remanded to the Metropolitan Correction Center at 150 Park Row. I spoke with the psychologist and the psychiatrist. I also spoke with Dr. Elizabeth Owen hired by court appointed counsel Martin Cohen

from the Federal Defenders.

3. According to the clerk of the Court and (CM In-Transit Data) information on August 14, 2012 there was a pretrial conference held and an order entered under seal. I did not attend nor was I informed by Counsel. According to the (CM In-Transit Data Form) the order was for my release from custody. According to the clerk the entire matter was closed on August 23, 2012. I wasn't notified of this either by Court appointed Counsel Martin Cohen either.

4. After the order was violated on or around September 12, 2012 I was presented with the governments disclosure identifying US Marshal Eric Weiss and the US Marshals Services as the Computer hacker violating my privacy since 2010.

5. The US Marshal Service had no arrest or search warrant when they forced their way into my home and arrested me. Under supervisory encouragement Eric Weiss and the US Marshals Service hacked into my home and office computers without probable cause.

6. Since no warrants were issued the Court had no jurisdiction. Since there were no complaintants nor supporting affidavits of witnesses of an alleged violation of 18USC115 with sub sections (a)(1)(b)

of 18USCS1114 though I am not charged under 1114 the clerk had no authority to re-assign the closed case to magistrate judge Andrew A. Peck and US District Judge Alvin K. Hellerstein.

7. I am passed back and forth between the Metropolitan Correctional Center and the Metropolitan Detention Center and this is my second time being sent to federal prison for this matter. I am un-sentenced and un-convicted.

8. I am being denied discovery and all my motions are denied and every document that I file in the US District Court for the Southern District of New York is routed to Judge Hellersteins chambers where he stamps it and writes notes even though the paperwork has nothing to do with the illegal case he is presiding over.

9. My notice of Appeal from Judge Hellersteins January 6, 2014 order sending me to federal prison under the guise of a psych study has been completely ignored. I have filed numerous complaints with the Chief Judge Loretta A. Preska and the proper judicial departments but everyone is ignoring me.

The relief I seek is the removal of this case from the Southern District of New York. The proper disposal and disciplinary action be taken against Alvin K. Hellerstein and whatever else the court may deem just and proper. I also want injunctive relief where I may not be transferred back to the MDC Brooklyn or MCC Manhattan or any facility. If the court finds that it has jurisdiction to hear this complaint I would like to ask for punitive and compensatory damages as well.

Sincerely,

Regina Lewis

5-26-14

Name Roger Lewis
Reg. No. 67206-054
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

legal mail

⇔67206-054⇔
United States District Ct
501 W 10TH ST
FORT Worth, TX 76102
United States

7610236399

R. Lewis
FMC Carswell
P.O. Box 27066
Ft. Worth, TX 76127   5-27-14
MAILED

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification.

NORTH TEXAS TX P&DC
DALLAS TX 750
27 MAY 2014 PM 3 L

CLERK OF COURT
2014 MAY 28  AM 11:11
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION
RECEIVED



Equality FOREVER USA